Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

**704-15**    8/17/15

Re: Cause no.: PD-0704-15

Dear Clerk:

Several weeks ago I filed a pro se petition for discretionary review, but I have received no confirmation that it was received. I actually would like to withdraw that petition so that the mandate may issue sooner so I may proceed with my habeas application. Can you please help?

Sincerely yours,

X *Anthony David Teague*

Anthony David Teague
TDCJ-ID#: 1976916
O.L. Luther Unit
1800 Luther Drive
Navasota, TX 77868

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk


RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk